```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF VIRGINIA
                              ROANOKE DIVISION
```

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 0 4 2006
JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

| | |
|---|---|
| ROHAN A. WALTERS, ) | |
|     Plaintiff, ) | Civil Action No. 7:05CV00803 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ) | By Hon. Glen E. Conrad |
| FEDERAL BUREAU OF PRISONS, ) | United States District Judge |
|     Defendant. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The plaintiff's motion for temporary restraining order or preliminary injunction shall be denied; and

2. The plaintiff's complaint shall be dismissed and stricken from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This _4th_ day of January, 2006.

                                                                       /s/ Glen E. Conrad
                                                                      United States District Judge