CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 4 2006

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ROHAN A. WALTERS, )
    Plaintiff, ) Civil Action No. 7:05CV00803
)
v. ) **FINAL ORDER**
)
) By Hon. Glen E. Conrad
FEDERAL BUREAU OF PRISONS, ) United States District Judge
    Defendant. )

In accordance with the accompanying memorandum opinion, it is hereby

### ORDERED

as follows:

1. The plaintiff's motion for temporary restraining order or preliminary injunction shall be denied; and

2. The plaintiff's complaint shall be dismissed and stricken from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 4th day of January, 2006.

                    /s/ Glen E. Conrad
                    United States District Judge